FILED
JUN 1 6 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Thomas J. Whelan)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 02-CR-3220-W |
| Plaintiff, | |
| v. | ORDER |
| ARMANDO RANGEL- RODRIGUEZ, | |
| Defendant | |

**GOOD CAUSE APPEARING:**

Upon application of the Defendant, and after hearing from both parties, and with no objection from the government, the Judgment and Conviction in case 02-CR-3220-W is amended to reflect that, pursuant to U.S.S.G. Section 5K2.23, Defendant should receive custody credits in case 02-CR-3220-W from the day of his underlying arrest on August 9, 2002 until the time of his most recent sentencing on August 28, 2006.

IT IS SO ORDERED.

DATED: June 15, 2016

_____
HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE